# Court of Appeals
# of the State of Georgia

ATLANTA,___March 20, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1228. ISAAC A. WALKER v. THE STATE.

Isaac Walker was convicted of family violence battery and cruelty to children in the third degree and sentenced on October 29, 2014. On December 3, 2014, he filed a pro se notice of appeal from his convictions. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Walker failed to file a notice of appeal within 30 days, his appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/20/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*